# Complaint Letter

**United States District Court** — Middle District of Florida      8:26-cv-00009-KKM-AAS
**Plaintiff:** Torrey Jones
**Defendant:** Temple Terrace Police Department
**Location of Incident:** Carrabba's Restaurant — 5515 E Fowler Ave, Temple Terrace, Florida
**Date of Incident:** November 30, 2025

---

## NOTICE AND COMPLAINT OF CIVIL RIGHTS VIOLATIONS

To the Temple Terrace Police Department

You are hereby notified that this letter accompanies and supports a federal civil complaint arising from unlawful actions committed under color of law by members of the Temple Terrace Police Department. The facts set forth below describe misconduct that violated my constitutional rights and caused significant emotional and psychological harm.

## Statement of Facts

On November 30, 2025, I was lawfully present at Carrabba's Restaurant located at 5515 E Fowler Ave in Temple Terrace, Florida. I was not engaged in any criminal, disruptive, or suspicious activity. Without reasonable suspicion or probable cause, officers from the Temple Terrace Police Department approached, detained, and arrested me.

I cooperated fully and clearly explained my presence at the location. No restaurant employee requested that I leave, and there was no disturbance or complaint. Despite the absence of lawful justification, I was treated as a suspect, wrongfully arrested, transported to jail, and detained overnight.

This incident caused fear, humiliation, emotional distress, and ongoing anxiety, particularly due to having no prior history of incarceration or confinement.

## Constitutional and Federal Violations Alleged

The actions of the defendants constitute violations of my rights guaranteed under the Constitution and federal law, including:

- **Fourth Amendment** — protection against unreasonable seizure and arrest without probable cause
- **Fourteenth Amendment** — denial of due process and equal protection
- **42 U.S.C. § 1983** — deprivation of civil rights under color of state law

The misconduct described reflects unlawful detention, false arrest, abuse of authority, and disregard for established constitutional standards.

## Emotional Distress and Damages

As a direct result of this incident, I have suffered:

- severe emotional distress, fear, and anxiety
- humiliation, embarrassment, and loss of dignity
- ongoing psychological and mental anguish

These injuries continue to affect my daily life, sense of safety, and well-being.

## Relief Sought

Through this federal action, I seek:

- compensatory damages for emotional and personal harm
- punitive damages to deter future misconduct
- acknowledgment of constitutional violations
- accountability for the actions of the officers and department

## Conclusion

The actions taken by the Temple Terrace Police Department were unjustified, unlawful, and harmful. No citizen should be subjected to unlawful detention, false arrest, or mistreatment by law enforcement acting under color of authority. The misconduct committed by the Temple Terrace Police Department caused significant harm and represents a serious violation of my civil rights.

This complaint is submitted in pursuit of justice, accountability, and protection of the constitutional rights of all citizens.

Sincerely,

Torreyjajones0870@gmail.com
**Torrey Jones**
Plaintiff